IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                          4:90cr4043-WS

ANTHONY PARKER,                      4:05cv370-WS

        Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 261) docketed March 14, 2006. The magistrate judge recommends that the defendant's section 2255 and Rule 60(b) motions be summarily dismissed. The defendant has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 261) is hereby ADOPTED and incorporated by reference into this order.

2.  The defendant's section 2255 motion (doc. 253) and Rule 60(b) motion (doc. 254) are hereby summarily DISMISSED because authorization for filing a second or successive section 2255 motion has not been granted by the court of appeals.

3.  The clerk shall enter judgment accordingly and shall close Case No. 4:05cv370-WS.

DONE AND ORDERED this April 18, 2006.


/s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE